UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY BRIAN MALLGREN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF NEW YORK, et al.,<br><br>    Defendants | NO. 2:16-cv-00391-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge John T. Rodger's Report and Recommendation to Close File that was filed on December 2, 2016. ECF No. 5. Plaintiff did not file a timely response to the Report and Recommendation. Additionally, Plaintiff has not responded to a court order to proffer the full filing fee, show cause why such prepayment would be in appropriate, or submit a properly completed Application to Proceed In Forma Pauperis.

After reviewing the Report and Recommendation and relevant authorities, the Court finds Magistrate Judge Rodger's findings correct, adopts the Report and Recommendation in its entirety and orders the file in this matter be closed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Rodger's Report and Recommendation to Close File, ECF No. 5, in its entirety.

2. Any pending motions are dismissed as moot.

///

**ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING FILE** ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff and Magistrate Judge John T. Rodgers, and close the file.

**DATED** this 10th day of February 2017.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING FILE** ~ 2